IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


FILED
OCT 23 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JORGE RUIZ,<br><br>　　　　　Defendant | CASE NO: 1:19-MJ-00184 BAM<br><br>[AMENDED] ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) AND ORDERING FORTHWITH RELEASE |

Upon application of the United States of America,

IT IS HEREBY ORDERED that the complaint is dismissed without prejudice, and the defendant, Jorge Ruiz, is ordered released forthwith.

Dated: 10/23/19

The Honorable Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE
Barbara McAuliffe

cc: Hand-delivered copy to USM, Fresno, on 10/23/19 at 4:30 pm

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS